**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FEDERAL DEPOSIT INSURANCE
CORPORATION as receiver for
SILVERTON BANK, N.A.,

                Plaintiff,

vs.

PETER KIM,

                Defendant.

CIVIL ACTION FILE

NO. 1:12-cv-4286-WSD

**J U D G M E N T**

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of Plaintiff's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff recover the amount of $675,529.48 plus $87.2854 per day from April 4, 2013 through the date of entry of the judgment, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 22nd day of November, 2013.

                JAMES N. HATTEN
                CLERK OF COURT

            By:  s/ A. Coleman
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 22, 2013
James N. Hatten
Clerk of Court

By:  s/ A. Coleman
        Deputy Clerk