# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for SILVERTON BANK, N.A., | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. 1:12-cv-4286-WSD |
| v. | ) ) | |
| PETER KIM, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SATISFACTION OF JUDGMENT

Pursuant to Local Civil Rule 58.2, Plaintiff hereby provides notice to the Court of the satisfaction by Defendant of the judgment entered against him on November 22, 3013, in the amount of $675,529.48, plus $87.2854 per day from April 4, 2013 through the date of entry of judgment, together with post-judgment interest accruing thereon until paid. The clerk of the court is hereby authorized to record it as fully satisfied.

*[Signature on following page]*

Respectfully submitted this 26th day of September, 2016.

**MORRIS, MANNING & MARTIN, LLP**

By: _Simon R. Malko_
　　Simon R. Malko
　　Georgia Bar No. 467190
　　1600 Atlanta Financial Center
　　3343 Peachtree Road, N.E.
　　Atlanta, Georgia 30326
　　Telephone: (404) 233-7000

*Attorneys for Plaintiff*